**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

INDIGO LR LLC, ET AL                    *
                                        *
                    Plaintiffs          *
                                        *
VS.                                     *
                                        *        NO: 4:09CV00425   SWW
COSMOPOLITAN LIFE INSURANCE,            *
ET AL.                                  *
                                        *
                    Defendant

**<u>ORDER</u>**

On July 14, 2009, the Insurance Commissioner for the State of Arkansas filed a motion in this case to substitute parties and for dismissal or abstention.  *See* docket entry #6.   Because that motion involves threshold issues that must be addressed before this case can proceed, the Court's ERISA  scheduling order entered August, 4, 2009 is vacated.  A new scheduling order will be entered if necessary after the Court has decided the motion to substitute parties and for dismissal or abstention.

IT IS SO ORDERED THIS 6TH  DAY OF AUGUST, 2009.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE